## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LYDIA E. THROWER, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant | Case No.: C11-0796-MAT <br><br> ORDER FOR REVISION OF BRIEFING SCHEDULE <br><br> *Noted for 8/18/2011* |

### **ORDER**

Based upon plaintiff's counsel's declaration and a stipulation of the parties, it is hereby Ordered that the briefing schedule is amended to the dates set forth below based upon good cause:

Opening Brief (currently due 8/19/11) : new due date – 9/12/11

Responsive Brief (currently due 9/16/11): new due date – 10/12/11

Reply Brief -(currently due by 9/30/11): new due date – 11/3/11

Dated this 23rd day of August, 2011.

Mary Alice Theiler
United States Magistrate Judge

Presented by:
s/Rosemary B. Schurman
Rosemary B. Schurman, WSBA 11451
Attorney for Plaintiff
Agreed for Entry:
s/Rosemary B. Schurman (signed per authorization)
Franco L. Becia
Special Assistant US Attorney, OGC, SSA
Attorney for Defendant

ORDER re: Briefing Schedule Revision-page 1